# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OPINSKI CONSTRUCTION, | CASE NO. CV F 09-0641 LJO SKO |
| Plaintiff, | **ORDER AFTER STATUS REPORT** |
| vs. | |
| BRASWELL CONSTRUCTION, INC., et. al., | |
| Defendants. / | |

On March 21, 2011, the parties filed a status report regarding the status of their arbitration. The parties report that the arbitration proceeded in part on March 12-16, 2011 and is continued to April 6 and 8, 2011. The parties state that the arbitrator indicated that he will require post-arbitration briefing.

Accordingly, for good cause, the Court continues the STAY in this case. The parties shall file a further status report no later than July 22, 2011.

IT IS SO ORDERED.

**Dated:   March 22, 2011**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1