# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OPINSKI CONSTRUCTION, | CASE NO. CV F 09-0641 LJO SKO |
| Plaintiff, | **ORDER LIFTING STAY AND SETTING STATUS CONFERENCE** |
| vs. | |
| BRASWELL CONSTRUCTION, INC., et. al., | |
| Defendants. | |

Plaintiff filed a status report indicating that an arbitration award has been issued and that the stay previously granted in this matter should be lifted. No objection to lifting the stay has been filed.

Accordingly, for good cause, the Court LIFTS the STAY in this case. The Court sets a status conference for September 22, 2011 at 8:15 a.m. to determine the status of the case and whether judgment has been entered. The parties may appear at the conference by arranging a one line conference call and telephoning the Court at 559-499-5680.

IT IS SO ORDERED.

**Dated:   July 18, 2011**                     /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1