IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OPINSKI CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRASWELL CONSTRUCTION, INC., et. al., <br><br> Defendants. | CASE NO. CV F 09-0641 LJO SKO <br><br> **ORDER TO SET MOTION TO REDUCE ARBITRATION AWARD TO JUDGMENT** |

This Court conducted a September 27, 2011 status conference to address delay to reduce the arbitration award in plaintiff's favor to judgment. Plaintiff appeared by counsel Ronald Carello. Defendant Braswell Construction, Inc. appeared by counsel William Thompson. Defendant The Explorer Insurance Company appeared by counsel Marilyn Klinger. On the basis of good cause, this Court:

1. ORDERS plaintiff, no later than October 5, 2011, to file and serve opening papers to reduce the arbitration award to judgment;

2. ORDERS defendants, no later than October 26, 2011, to file and serve papers, if any, to oppose reducing the arbitration award to judgment;

3. ORDERS plaintiff, no later than November 1, 2011, to file and serve reply papers, if any, to reduce the arbitration award to judgment; and

1

4.   SETS a hearing on plaintiff's motion to reduce arbitration award to judgment for November 14, 2011 at 8:15 in Department 4 (LJO).

IT IS SO ORDERED.

Dated:   **September 27, 2011**                              /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE

2